# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR EDUCATION SANTA BARBARA, Inc., a 501(c)(3) organization<br><br>Plaintiff,<br><br>vs.<br><br>SANTA BARBARA UNIFIED SCHOOL DISTRICT, a public school district; and JUST COMMUNITIES CENTRAL COAST, INC., a 501(c)(3) organization.<br><br>Defendants. | Case No.: 2:18-cv-10253-SVW-PLA<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION TO JANUARY 28, 2019 AND TO REVISE BRIEFING SCHEDULE**<br><br>Current Date: Jan. 14. 2019<br>Proposed Date: Jan. 28. 2019<br>Time: 1:30 PM<br>Courtroom: 10A<br><br>Trial Date: None Yet |

The Court, having read and considered the Joint Stipulation to Continue Hearing on Plaintiff's Motion for Preliminary Injunction to January 28, 2019 and to Revise Briefing Schedule submitted by Plaintiff Fair Education Santa Barbara, Inc. ("Plaintiff") and Defendants Santa Barbara Unified School District ("SBUSD") and Just Communities Central Coast, Inc. ("JCCC") (collectively, "Defendants"), and finding that good cause exists, hereby **ORDERS** as follows:

///

///

- The hearing on Plaintiff's Motion for Preliminary Injunction set for January 14, 2019 is hereby vacated and continued to January 28, 2019, at 1:30 PM or as soon thereafter as may be heard by the Court;
- Defendants shall file and serve their opposition to the Motion for Preliminary Injunction no later than January 7, 2019;
- Plaintiff shall file and serve its reply to the opposition no later than January 14, 2019.

**IT IS SO ORDERED.**

Dated this 21st day of December, 2018

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE